In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-20-00165-CV
_____

## KEVIN J. TEETER AND SHANNON L. TEETER, Appellants

## V.

## RIVERSHIRE MAINTENANCE FUNDS, INC., Appellee

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 19-12-16776-CV**

## MEMORANDUM OPINION

Appellants Kevin J. Teeter and Shannon L. Teeter filed a motion to dismiss this appeal. The motion appears to have been voluntarily made by the Appellants. And, the motion was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on August 24, 2020
Opinion Delivered August 31, 2020

Before McKeithen, C.J., Horton, and Johnson, JJ.